# SeegerWeiss LLP

NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

July 2, 2025

**VIA ECF**

The Honorable Zahid N. Quraishi
Magistrate Judge Rukhsanah L. Singh
United States District Court, District of New Jersey
402 East State Street
Trenton, NJ 08608

      Re:    *Cynthia Kane v. Novo Nordisk A/S, et al.*
                Civil Action No.: 3:24-cv-11384-ZNQ-RLS

Dear Judge Quraishi and Judge Singh:

      Seeger Weiss LLP represents Plaintiff Cynthia Kane in connection with the above-referenced matter.

      On behalf of the parties, we enclose for Your Honor's consideration a proposed Preservation Order and a proposed Rule 502(d) Order, as negotiated and stipulated by the Parties. Should the enclosed Preservation Order and Rule 502(d) Order be acceptable to Your Honor, we respectfully request that each be executed and entered on the docket.

      As always, we thank the Court for its attention to this matter.

                                        Respectfully submitted,

                                        *s/Parvin Aminolroaya*
                                        Parvin K. Aminolroaya
                                        Maxwell H. Kelly
                                        Seeger Weiss LLP
                                        55 Challenger Road, 6th Floor
                                        Ridgefield Park, NJ 07660
                                        Tel.: (212) 587-0700
                                        paminolroaya@seegerweiss.com
                                        mkelly@seegerweiss.com

Encl.
cc:     All Counsel of Record (via ECF)