**SEEGER WEISS** LLP
NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

July 15, 2025

<u>**VIA ECF**</u>
Hon. Zahid N. Quraishi, U.S.D.J.
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

*Cynthia Kane v. Novo Nordisk*, Case No.: 3:24-cv-11384-ZNQ-RLS

Dear Judge Quraishi and Judge Singh,

We write in connection with the Parties' initial Case Management Conference scheduled for July 23, 2025. The Parties jointly request that the following two items be added to the agenda for that conference:

- Update on coordination with New Jersey state court NAION cases;
- Update on Seeger Weiss NAION case filings;

Plaintiffs also intend to update the Court on the recent recognition by World Health Organization and European Medicines Agency of the risk of NAION with semaglutide.

We look forward to the initial Case Management Conference.

Respectfully submitted,

*/s/ Christopher A. Seeger*
Christopher A. Seeger
Parvin K. Aminolroaya
Maxwell H. Kelly
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel.: (212) 587-0700
cseeger@seegerweiss.com
paminolroaya@seegerweiss.com
mkelly@seegerweiss.com