

**DLA Piper LLP (US)**
One Liberty Place
1650 Market Street
Suite 5000
Philadelphia, Pennsylvania 19103-7300
www.dlapiper.com

Raymond M. Williams
raymond.williams@us.dlapiper.com
T   215.656.3368
F   215.606.3368

August 22, 2025
*VIA CM/ECF ELECTRONIC FILING*

Hon. Zahid N. Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
402 E. State Street
Trenton, NJ 08608

**Re:**   *Cynthia Kane v. Novo Nordisk A/S, et al.*, No. 3:24-cv-11384

Dear Judge Quraishi:

      I represent Defendants Novo Nordisk A/S and Novo Nordisk Inc. (collectively, "Novo Nordisk") in this action.  The parties jointly request that the Court enter the enclosed Stipulation and Proposed Order to Stay All Case Proceedings Pending MDL Determination.

      We thank the Court for its consideration of this matter and will make ourselves available should the Court have any questions regarding this request.

      Respectfully submitted,

      */s/ Raymond M. Williams*

      Raymond M. Williams

Attachment